■ In the Matter of DOMINIQUE R., a Person Alleged to be a Juvenile Delinquent, Appellant. [867 NYS2d 702]

The Family Court did not improvidently exercise its discretion in revoking the original order of disposition which placed the appellant on probation. The presentment agency adduced "competent proof that the [appellant] without just cause failed to comply with [the] terms and conditions" of her probation (Family Ct Act § 779).

The appellant's contention with respect to her placement is academic inasmuch as the placement has expired pursuant to its terms (*see Matter of Joseph R.,* 49 AD3d 651 [2008]; *Matter of Jeffrey McG.,* 8 AD3d 571 [2004]; *Matter of Angelina S.,* 304 AD2d 833, 833-834 [2003]). Fisher, J.P., Balkin, McCarthy and Leventhal, JJ., concur.